UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN KOHUTE,

Plaintiff,

v.

D.C. MAYORS PARDON OFFICE,

Defendant.

Case No.  3:26-cv-00414-ART-CSD

TRANSFER ORDER

Plaintiff Kevin Kohute, a pro se prisoner who is incarcerated at the Smith County Jail in Tyler, Texas, has submitted an application to proceed *in forma pauperis* and a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) Plaintiff sues a pardons board in Washington D.C. for his Texas parole and pardons issues during his incarceration in Texas and appears to seek release from his Texas incarceration. (ECF No. 1-1.)

Pursuant to 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). Pursuant to 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because nobody resides in Nevada and all the events giving rise to the alleged claims are in Tyler, Texas. Tyler, Texas, is located in Smith County and falls under the United States District Court for the Eastern District of Texas.

1

The Court directs the Clerk of the Court to transfer this action to the United States District Court for the Eastern District of Texas. This Court offers no opinion on the merits of this action or on the application to proceed *in forma pauperis.*

For the foregoing reasons, it is ordered that the Clerk of the Court will transfer this case to the United States District Court for the Eastern District of Texas.

It is further ordered that the Clerk of the Court close the case in this Court.

DATED: June 8, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2